# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KEVIN BUTENHOFF, | ) |
| Plaintiff, | ) |
|  | ) Case No: 4:22-CV-323-JAR |
| vs. | ) |
| ST. LOUIS COUNTY, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendants' unopposed Motion for Bill of Costs. ECF No. 72. Defendants request $2,170.50 in costs for fees and disbursements for printed or electronically recorded transcripts of Kevin Butenhoff, Jon Belmar, Frankie Haus, Kevin Whiteside, Michael Andrew, and Craig Kriska's depositions. 28 U.S.C. § 1920 allows the prevailing party to recover "(f)ees for printed or electronically recorded transcripts necessarily obtained for use in this case" and "fees and disbursement for printing and witnesses." Because Butenhoff has not presented an argument that these transcripts were unnecessarily obtained or any other argument opposing Defendants' motion,

**IT IS HEREBY ORDERED** that Defendants' Motion for Bill of Costs [ECF No. 72] is **GRANTED**. The Court awards Defendants their costs in the amount of $2,170.50.

Dated this 1st day of July 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE